IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ogunsanya, Gloria J

Printed: 3/11/08

Case Number: 04 B 34472
Judge: Hollis, Pamela S
Filed: 9/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 10, 2008
Confirmed: November 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,400.00 |  |
| Secured: |  | 5,977.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 428.70 |
| Other Funds: |  | 0.00 |
| Totals: | 8,400.00 | 8,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,994.00 | 1,994.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Company | Secured | 8,447.57 | 5,977.30 |
| 4. | Verizon Wireless | Unsecured | 82.42 | 0.00 |
| 5. | Ford Motor Company | Unsecured | 1,389.07 | 0.00 |
| 6. | Debt Recovery Solutions | Unsecured | 112.54 | 0.00 |
| 7. | Primus Telecommunications | Unsecured | 8.46 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 10.16 | 0.00 |
| 9. | Pinnacle Credit Services | Unsecured | 196.29 | 0.00 |
| 10. | Citibank | Unsecured | | No Claim Filed |
| 11. | Cardiovascular Associates | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Retailers National Bank | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Dr Yolanda Johnson | Unsecured | | No Claim Filed |
| 16. | ENH Medical Group | Unsecured | | No Claim Filed |
| 17. | ENH Medical Group | Unsecured | | No Claim Filed |
| 18. | Evanston Radiologists Assoc | Unsecured | | No Claim Filed |
| 19. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 20. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Sprint PCS | Unsecured | | No Claim Filed |
| 23. | ENH Radiology | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,240.51 | $ 7,971.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ogunsanya, Gloria J

Printed: 3/11/08

Case Number: 04 B 34472
Judge: Hollis, Pamela S
Filed: 9/16/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.50 |
| 4% | 36.00 |
| 3% | 26.99 |
| 5.5% | 132.01 |
| 5% | 30.00 |
| 4.8% | 57.60 |
| 5.4% | 48.60 |
| | _____ |
| | $ 428.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

